## PATRICIA GILLANDERS *v.* HORACE BUSHNELL MEMORIAL HALL
### (12175)

O'CONNELL, FOTI and LAVERY, Js.

Argued December 7, 1993—decision released January 4, 1994

*Kenneth J. Levine,* for the appellant (plaintiff).

*Claudia A. Baio,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.